# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| LUCIA MARETT, on behalf of herself and all others similarly situated, : : : | Case No. 1:17-CV-00788-KBF |
| Plaintiff, : : | |
| v. : : | **NOTICE OF MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT FOR FAILURE TO STATE A CLAIM AND LACK OF SUBJECT MATTER JURISDICTION** |
| FIVE GUYS ENTERPRISES, LLC, : : | |
| Defendant. : : : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of its Motion to Dismiss Plaintiff's Class Action Complaint for Failure to State a Claim and Lack of Subject Matter Jurisdiction, the Defendant, FIVE GUYS ENTERPRISES, LLC ("Five Guys" or the "Company"), will move this Court before the Honorable Katherine B. Forrest, in the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, Courtroom 23B, on a date and time to be determined by the Court, for an order pursuant to Federal Rules of Civil Procedure 12(b)(6) and 12(b)(1) dismissing the Complaint filed by the Plaintiff, LUCIA MARETT ("Marett"), with prejudice, for failure to state a claim and lack of subject matter jurisdiction.

Dated:      April 7, 2017                    **LITTLER MENDELSON, P.C.**
            New York, New York

                                             /s/ Terri M. Solomon
                                             Terri M. Solomon
                                             tsolomon@littler.com
                                             900 Third Avenue
                                             New York, New York 10022-3298
                                             Tel: 212 583-2662
                                             Fax: 646 219-5971

                                             Attorneys for *Five Guys Enterprises, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I, Terri M. Solomon, hereby certify that on April 7, 2017, a true and correct copy of the foregoing Notice of Motion to Dismiss was served on all counsel of record via the Court's ECF system.


/s/ Terri M. Solomon
Terri M. Solomon