

**Littler Mendelson, P.C.**
900 Third Avenue
New York, NY 10022.3298

Daniella E. Adler
212.471.4470 direct
212.583.9600 main
212.898.1201 fax
dadler@littler.com

December 18, 2017

**VIA ECF**

The Honorable Katherine B. Forrest, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Marett v. Five Guys Enterprises LLC*
      Case No. 17-cv-788

Dear Judge Forrest:

We are counsel to Five Guys Enterprises, LLC ("Defendant") in the above-referenced action. We write with the consent of all parties, to inform the Court that the parties have reached a settlement of the action in principle subject to the preparation and execution of a written settlement agreement.  The parties request an adjournment of all existing deadlines for 30-days pending the filing of a Stipulation of Dismissal with Prejudice after the settlement agreement has been signed and implemented. The parties have not requested any previous extensions in this matter.

Respectfully submitted,

/s/ Daniella E. Adler

Daniella E. Adler


DEA/dsm
cc:    all parties via ECF

littler.com