UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LUCIA MARETT, *on behalf of herself and all others similarly situated,*

    Plaintiff,

-against-

FIVE GUYS ENTERPRISES LLC,

    Defendant.

Case No.: 17-CV-00788

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(A)(II)**

---

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice, against Defendant, FIVE GUYS ENTERPRISES LLC, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with the parties to bear responsibility for their respective fees and costs.

For the Defendant:

By: _____
Daniella Adler, Esq.
Littler Mendelson, P.C.
900 Third Avenue
New York, NY 10022
Telephone: (212) 583-9600
dadler@littler.com

Date: 4.16.18

For the Plaintiff:

By: _____
C.K. Lee, Esq.
Lee Litigation Group, PLLC
30 East 39th Street, 2nd Floor
New York, NY 10016
Telephone: (212) 465-1188
cklee@leelitigation.com

Date: 4-16-18

SO ORDERED

_____
U.S.D.J.
4/18/18

*The Clerk of Court shall terminate this action.*